UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

JOSE QUEZADA, on behalf of himself and all
others similarly situated,

                Plaintiffs,

-against-

RAEL, INC.,

                Defendant.

------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 26 2021

ORDER

21 Civ. 3828 (GBD)

GEORGE B. DANIELS, District Judge:

    The initial conference is adjourned from July 29, 2021 to September 29, 2021 at 9:30 a.m. The parties shall meet and confer regarding a case management plan and file a status letter no later than September 22, 2021.

Dated: July 26, 2021
       New York, New York

                                    SO ORDERED.

                                    *George B Daniels*
                                    GEORGE B. DANIELS
                                    UNITED STATES DISTRICT JUDGE